Date: 08/18/11

**DIVIDENDS REMITTED TO THE COURT**

Check Number 1011 Dated 08/18/11

Case Number 08-46415 - WILLIAMS, LORI JOAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PULMONARY & CRITICAL CARE ASSOCIATION<br>225 N SMITH AVE STE 300<br>ST PAUL, MN 55102 | 000006 | 11.00 | 0.37 |
| LABCORP<br>PO BOX 2240<br>BURLINGTON, NC 27216 | 000007 | 20.00 | 0.67 |
| DR ERICKSON DDS<br>825 S 8TH ST #12196<br>MINNEAPOLIS, MN 55404 | 000011 | 75.00 | 2.50 |
| PARK DENTAL<br>12904 CENTRAL AVENUE NORTH EAST<br>BLAINE, MN 55434 | 000012 | 89.80 | 2.99 |

---------- Remittance Total ---------------                    195.80         6.53

_____
TIMOTHY D. MORATZKA, Trustee

RECEIVED 11 AUG 24 AM 9:29 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN